NUMBER 13-05-750-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

ST.
PAUL FIRE AND MARINE INSURANCE 

COMPANY, ET AL.,                                                Appellants,

 

                                           v.

 

FILIBERTO
ATKINSON, ET AL.,                                  Appellees.

___________________________________________________________________

 

                  On appeal from the 94th  District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ET AL., perfected an
appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 05-04515-C.  After the clerk=s record was filed, appellants filed a motion to
dismiss the appeal.  In the motion,
appellants state that the order from which this appeal was taken has been
vacated and no longer contains the findings necessary for appeal pursuant to
Section 51.014(d) of the Texas Civil Practice and Remedies Code.  Appellants request that this Court dismiss
the appeal. Appellants  Marsh USA, Inc.
(Delaware) and Marsh USA, Inc. (Texas) previously requested that this Court
dismiss their appeal against appellee, Filberto Atkinson.  On January 26, 2006, this Court severed this
portion of the appeal into Cause Number 13-06-015-CV and dismissed the Marsh
appellants= appeal against
appellee Atkinson.  The Marsh appellants
have now filed a supplemental motion requesting that this Court dismiss their
appeal against the remaining appellees.

The Court, having
considered the documents on file, appellants= motion to dismiss the appeal, and the Marsh
appellants= supplemental motion
to dismiss , is of the opinion that the motions should be granted.  Appellants= motion to dismiss and the Marsh appellants= supplemental motion
to dismiss are granted.  The appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 9th day of March, 2006.